DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NICKY LYNN COLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2933

_____

October 1, 2025

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.